UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| MARIO PILLCO MOROCHO, et. al., | ) | |
| | ) | |
| | ) | Case No. 1:22-10652-WGY |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| BRISTOL COUNTY SHERRIFF'S | ) | |
| OFFICE, et al. | ) | |
| Defendants | ) | |
| | ) | |

**MOTION TO ADMIT AMARIS MONTES *PRO HAC VICE***

PLEASE TAKE NOTICE that, pursuant to Local Rule 83.5.3 of the Rules of this Court, Plaintiffs move for the admission of Amaris Montes, *pro hac vice*, on the following grounds:

1. Amaris Montes is admitted to practice and is in good standing before the State of Maryland. I have verified Amaris Montes has active membership and good standing in the Maryland bar by checking website operated by the State. She has no current disciplinary actions pending against her and has never been disciplined by any Bar.

2. Amaris Montes has reviewed and is familiar with the Local Rules of this Court.

3. The undersigned, an attorney admitted to practice and in good standing before this Court, has appeared in this action.

4. Amaris Montes's office address is 416 Florida Ave. NW, Washington, D.C. 20001. Her office phone number is 202-540-0029

Dated: September 21, 2022

Respectfully submitted,

/s/ Oren Nimni
Oren Nimni
BBO# 691821
Rights Behind Bars
416 Florida Ave. NW, #26152
Washington, DC 20001
oren@rightsbehindbars.org
Tel: 202-540-0029