AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| Mario Pillco Morocho et al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:22-10652 (WGY) |
| Bristol County Sheriff's Office et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Mario Pillco Morocho et al. (Plaintiffs).

Date: 09/23/2022

*Attorney's signature*

Amaris Montes #2112150205
*Printed name and bar number*

416 Florida Avenue NW, #26152
Washington, DC 20001

*Address*

amaris@rightsbehindbars.org
*E-mail address*

(202) 455-4399
*Telephone number*

*FAX number*