UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MARIO PILLCO MOROCHO, *et al.*,

Plaintiffs,

v.

BRISTOL COUNTY SHERIFF'S OFFICE, *et al.*,

Defendants.

No. 1:22-cv-10652-WGY

# FEDERAL DEFENDANTS' MOTION TO DISMISS

Pursuant to Federal Rule of Civil Procedure 12(b)(1), the United States of America and the U.S. Department of Homeland Security respectfully move to dismiss all claims against them in the complaint (ECF No. 1) for lack of subject matter jurisdiction. For the reasons set forth in the accompanying memorandum, the Court should dismiss the amended complaint with prejudice.

Dated: February 13, 2023

Respectfully submitted,

RACHAEL S. ROLLINS
United States Attorney

By: */s/ Julian N. Canzoneri*
JULIAN N. CANZONERI
Assistant U.S. Attorney
U.S. Attorney's Office
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 9200
Boston, Massachusetts 02210
(617) 748-3170
julian.canzoneri@usdoj.gov

## LOCAL RULE 7.1 CERTIFICATION

I, Julian N. Canzoneri, hereby certify that, pursuant to L.R. 7.1(a)(2), I conferred with counsel for Plaintiffs who oppose this motion.

Date: February 13, 2023				*/s/ Julian N. Canzoneri*
						Julian N. Canzoneri
						Assistant U.S. Attorney

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served on the attorneys of record by means of the Court's Electronic Case Filing system on February 13, 2023.

						*/s/ Julian N. Canzoneri*
						Julian N. Canzoneri
						Assistant U.S. Attorney