UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MARIO PILLCO MOROCHO, et al.,
   Plaintiffs

v.
                                                 Civil Action No:
                                               1:22-10652-WGY

BRISTOL COUNTY SHERIFF'S OFFICE, et al.,
   Defendants

## NOTICE OF WITHDRAWAL

Now comes Attorney Bruce A. Assad, and requests permission to withdraw as counsel for Defendants' Bristol County Sheriff's Office, Sheriff Thomas Hodgson and Superintendent Steven Souza, in their official and individual capacities, in the above-entitled action.

Dated: March 21, 2023
                                                 Respectfully submitted,

                                               /s/ Bruce A. Assad
                                             Bruce A. Assad, Esq., BBO # 022980
                                             Special Assistant Attorney General
                                             16 Bedford Street, Ste. 3A
                                             Fall River, MA  02720
                                             (508) 995-1311
                                             baalawfirm@aol.com

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated:  March 21, 2023

                                                           /s/ Bruce A. Assad
                                                           Bruce A. Assad, Esq.