AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | | |
|---|---|---|
| MARIO PILLCO MOROCHO, et al., | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:22-cv-10652-WGY |
| BRISTOL COUNTY SHERIFF'S OFFICE, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs Mario Pillco Morocho et al.

Date: 10/24/2023

*Attorney's signature*

Miriam R. Nemeth, DC Bar #1028529
*Printed name and bar number*

Rights Behind Bars
416 Florida Avenue NW, #26152
Washington, DC 20001
*Address*

miriam@rightsbehindbars.org
*E-mail address*

(202) 455-4399
*Telephone number*

*FAX number*