UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARIO PILLCO-MOROCHO, ABDOULAYE FALL, DARLIN GUILLERMO, JUAN CARLOS ILLICACHI SHIGLA, DIEGO GALINDO, SEGUNDO ARMIJOS, DIEGO ARMANDO GULLÁN TIXI, MIGUEL LUCAS IXCUNA YAX, LLOYD WAFULA, CONROY DESMOND LEWIS, CARLOS MENJIVAR ROJAS, NUELSON GOMES, FLAVIO ANDRADE PRADO JUNIOR, JANITO DE CARVALHO, JOAO FERNANDES, AIRES DA GRACA AND MARCO BATTISTOTTI,<br><br>      Plaintiffs,<br><br>v.<br><br>BRISTOL COUNTY SHERIFF'S OFFICE; SHERIFF THOMAS HODGSON, IN HIS INDIVIDUAL CAPACITY; SUPERINTENDENT STEVEN SOUZA, IN HIS INDIVIDUAL CAPACITY; AND OFFICERS DOE #1-26, IN THEIR INDIVIDUAL CAPACITIES,<br><br>      Defendants. | Civil No.: 1:22-cv-10652-WGY |

## **NOTICE OF APPEARANCE**

Please enter the appearance of Susmita A. Gadre on behalf of the Plaintiffs in the above-captioned matter.

Respectfully submitted,

*/s/ Susmita A. Gadre*
Susmita A. Gadre  (BBO No. 705376)
Benjamin J. Wish (BBO No.  672743)
TODD & WELD LLP
One Federal Street, 27th Floor
Boston, MA 02110
(617) 720-2626
sgadre@toddweld.com
bwish@toddweld.com

Dated:  April 10, 2024

## CERTIFICATE OF SERVICE

I, Susmita A. Gadre, hereby certify that this document has been filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this date.

*/s/ Susmita A. Gadre*
Susmita A. Gadre

Dated:  April 10, 2024