# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

Morocho et al.
             Plaintiff(s)

V.

Bristol County Sheriff's Office et al.
             Defendant(s)

CIVIL ACTION NO. 22-cv-10652-MPK

## REPORT RE: REFERENCE FOR ALTERNATIVE DISPUTE RESOLUTION

TO JUDGE Kelley

☐ The above entitled case was reported settled after referral to the ADR Program, but prior to ADR.

☑ On October 29, 2024 I held the following ADR proceeding:

☐ SCREENING CONFERENCE   ☐ EARLY NEUTRAL EVALUATION
☑ MEDIATION               ☐ SUMMARY BENCH / JURY TRIAL
☐ MINI-TRIAL              ☐ SETTLEMENT CONFERENCE

All parties were represented by counsel [except _____]

The parties were ☑ /were not ☐ present in person or by authorized corporate officer [except some plaintiffs and the individual defendants].

The case was:

☐ Settled. Your clerk should enter a _____ day order of dismissal.

☐ There was progress. A further conference has been scheduled for _____ unless the case is reported settled prior to that date.

☑ Further efforts to settle this case at this time are, in my judgment, unlikely to be productive. This case should be restored to your trial list.

☐ Suggested strategy to facilitate settlement:

October 30, 2024
DATE

/s/ Paul G. Levenson
ADR Provider