AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | | |
|---|---|---|
| Pillco-Morocho et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:22-cv-10652 |
| Bristol County Sheriff's Office et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

See full list of plaintiffs under date below.                                                                    .

Date:     02/25/2025                                              /s/ Jennifer Ware-Phillips
                                                                            *Attorney's signature*

                                                                            Jennifer Ware-Phillips, BBO 713772
                                                                            *Printed name and bar number*
                                                                            White & Case, LLP, 23rd Floor
                                                                            75 State Street
                                                                            Boston, MA 02109

                                                                            *Address*

                                                                            jennifer.ware@whitecase.com
                                                                            *E-mail address*

                                                                            (617) 979-9347
                                                                            *Telephone number*

                                                                            *FAX number*

Mario Pillco-Morocho, Abdoulaye Fall, Darlin Guillermo, Juan Carlos Illicachi Shigla, Diego Galindo, Segundo Armijos, Diego Armando Guallán Tixi, Miguel Lucas Ixcuna Yax, Lloyd Wafula, Conroy Desmond Lewis, Carlos Menjivar Rojas, Nuelson Gomes, Flavio Andrade Prado Junior, Janito De Carvalho, Joao Fernandes, Aires Da Graca, Marco Battistotti