UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARIO PILLCO-MOROCHO, ABDOULAYE FALL, DARLIN GUILLERMO, JUAN CARLOS ILLICACHI SHIGLA, DIEGO GALINDO, SEGUNDO ARMIJOS, DIEGO ARMANDO GULLÁN TIXI, MIGUEL LUCAS IXCUNA YAX, LLOYD WAFULA, CONROY DESMOND LEWIS, CARLOS MENJIVAR ROJAS, NUELSON GOMES, FLAVIO ANDRADE PRADO JUNIOR, JANITO DE CARVALHO, JOAO FERNANDES, AIRES DA GRACA, and MARCO BATTISTOTTI,<br><br>              Plaintiffs,<br><br>v.<br><br>BRISTOL COUNTY SHERIFF'S OFFICE; SHERIFF THOMAS HODGSON, in his individual capacity; SUPERINTENDENT STEVEN SOUZA, in his individual capacity; and OFFICERS DOE #1-26, in their individual capacities,<br><br>              Defendants. | Case No.: 1:22-cv-10652 |

**PARTIES' STIPULATED ADDENDUM TO PROTECTIVE ORDER**

On February 16, 2024, this Court entered the Parties' Stipulated Protective Order in this case. *See* Dkt. 78. As part of the discovery process in this case, the Parties have identified additional material that should be covered by the terms and conditions of the Protective Order as "CONFIDENTIAL—ATTORNEYS EYES ONLY" and as if fully contained therein originally. Those items are as follows:

1. Emergency Management Plans or other similar security documents covering Defendants' responses to major uprisings or other major events at the Bristol County House of Corrections.

By submitting this Stipulation, the Parties intend that the above items will be fully and completely incorporated into and covered by all terms of the existing Protective Order, Dkt. 78,

from this point forward in this litigation. The terms of the Order in Dkt. 78 will cover all disputes about the confidentiality of the above-referenced materials and all obligations to protect those materials throughout and after the litigation.

Dated: March 21, 2025

Respectfully submitted,

/s/Miriam R. Nemeth
Miriam R. Nemeth, *admitted pro hac vice*
Lillian Novak, *admitted pro hac vice*
Lydia Wright, *admitted pro hac vice*
RIGHTS BEHIND BARS
1800 M Street NW Front 1 #33821
Washington, D.C. 20033
miriam@rightsbehindbars.org
lily@rightsbehindbars.org
lydia@rightsbehindbars.org

Jennifer Ware-Phillips (BBO #713772)
Elena Plenefisch (BBO #713550)
WHITE & CASE, LLP
75 State Street, Floor 23
Boston, MA 02109
jennifer.ware@whitecase.com
elena.plenefisch@whitecase.com

Benjamin J. Wish (BBO #672743)
Susmita A. Gadre (BBO #705376)
Madison Bader Rosen (BBO #705109)
TODD & WELD, LLP
One Federal Street
Boston, MA 02110
bwish@toddweld.com
sgadre@toddweld.com
mrosen@toddweld.com

*Attorneys for the Plaintiffs*

/s/William P. Breen, Jr.
William P. Breen, Jr., BBO #558768
Eckert Seamans Cherin & Mellott, LLC
Two International Place, 16th Floor
Boston, MA 02110

(617) 342-6800
(617) 342-6899 (facsimile)
wbreen@eckertseamans.com

*Attorney for the Defendants*

3

## **CERTIFICATE OF SERVICE**

    I hereby certify that on March 21, 2025, a true and accurate copy of the foregoing has been served on all counsel of record via this Court's CM/ECF electronic filing system.

*/s/Miriam R. Nemeth*
Miriam R. Nemeth

Dated: March 21, 2025