# EXHIBIT C

| Deposition Notice Dates | | | | |
|---|---|---|---|---|
| **Witness** | **Date Noticed** | **Served By** | **Scheduled?** | **Deposition Date** |
| Hodgson | 7/18/2024 | Benjamin Wish | ☑ | 9/30/2024 & 11/12/24 11/21/2024 |
| Joshua Dube | 8/19/2024 | Madison Bader | ☑ | 11/21/2024 |
| Tracey Perez | 8/19/2024 | Madison Bader | ☑ | 11/21/2024 |
| Jennifer Arsenault (Picard) | 8/19/2024 | Madison Bader | ☑ | 11/22/2024 |
| Steven Souza | 8/19/2024 | Madison Bader | ☑ | 12/20/2024 |
| 30(b)(6) | 9/18/2024 | Susmita Gadre | ☐ | |
| Barry Ferreira | 11/18/2024 | Madison Bader | ☑ | 1/10/2025 |
| Bruce Assad | 11/18/2024 | Madison Bader | ☐ | |
| Chris Goncalves | 11/18/2024 | Madison Bader | ☐ | |
| Douglas Mongeon | 11/18/2024 | Madison Bader | ☑ | 2/25/2025 |
| Garrett Correia | 11/18/2024 | Madison Bader | ☐ | |
| Jonathan Allard | 11/18/2024 | Madison Bader | ☐ | |
| Jonathan Baroody | 11/18/2024 | Madison Bader | ☑ | 3/6/2025 |
| Paul Douglas | 11/18/2024 | Madison Bader | ☐ | |
| Andrew Sousa | 11/18/2024 | Madison Bader | ☐ | |
| Joseph Oliver III | 1/17/2025 | Miriam Nemeth | ☑ | 2/10/2025 |
| Jeremy Carlton | 1/17/2025 | Miriam Nemeth | ☑ | 2/28/2025 |
| Judy Borges | 1/17/2025 | Miriam Nemeth | ☑ | 3/7/2025 (partial) |
| Timothy Melo | 1/17/2025 | Miriam Nemeth | ☐ | |
| Ryan Isherwood | 1/17/2025 | Miriam Nemeth | ☐ | |
| Filipe DaSilva | 1/17/2025 | Miriam Nemeth | ☐ | |
| Mark Amaral | 1/17/2025 | Miriam Nemeth | ☐ | |
| Michael Bettencourt | 1/17/2025 | Miriam Nemeth | ☑ | 2/28/2025 |
| Jonathan Sylvia | 1/17/2025 | Miriam Nemeth | ☐ | |
| Garrett Soucey | 1/17/2025 | Miriam Nemeth | ☐ | |
| Robert Perry | 1/17/2025 | Miriam Nemeth | ☐ | |
| Brian Pratt | 1/17/2025 | Miriam Nemeth | ☐ | |
| Nelly Floriano | 1/17/2025 | Miriam Nemeth | ☐ | |
| Kenneth Almeida | 1/17/2025 | Miriam Nemeth | ☐ | |
| William Dillingham | 1/17/2025 | Miriam Nemeth | ☐ | |
| Belinda Bulgar | 2/19/2025 | Lillian Novak | ☐ | |
| Gregory Nesse | 2/19/2025 | Lillian Novak | ☐ | |