UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| MARIO PILLCO MOROCHO, Et Al., | ) |
| Plaintiffs, | ) |
| v. | ) CIVIL ACTION NO. 1:22-cv-10652-WGY |
| BRISTOL COUNTY SHERIFF'S OFFICE, Et Al, | ) |
| Defendants. | ) |

**<u>NOTICE OF APPEARANCE</u>**

Kindly enter my appearance as co-counsel for the Defendants, Bristol County Sheriff's Office, Sheriff Thomas Hodgson and Superintendent Steven Souza with respect to the above-entitled action in addition to the appearance of William P. Breen, Jr. already on file.

Respectfully submitted,

<u>/s/ *Zachary M. Wallack*</u>
Zachary M. Wallack (BBO # 687965)
Eckert Seamans Cherin & Mellott, LLC
Two International Place, 16th Floor
Boston, MA  02110
617.342.6800
617.342.6899 (facsimile)
zwallack@eckertseamans.com

Dated:  April 4, 2025

1

## CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those identified as non-registered participants on April 4, 2025.

      /s/ Zachary M. Wallack
      Zachary M. Wallack