UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARIO PILLCO-MOROCHO, ABDOULAYE FALL, DARLIN GUILLERMO, JUAN CARLOS ILLICACHI SHIGLA, DIEGO GALINDO, SEGUNDO ARMIJOS, DIEGO ARMANDO GULLÁN TIXI, MIGUEL LUCAS IXCUNA YAX, LLOYD WAFULA, CONROY DESMOND LEWIS, CARLOS MENJIVAR ROJAS, NUELSON GOMES, FLAVIO ANDRADE PRADO JUNIOR, JANITO DE CARVALHO, JOAO FERNANDES, AIRES DA GRACA AND MARCO BATTISTOTTI, <br><br> Plaintiffs, <br><br> v. <br><br> BRISTOL COUNTY SHERIFF'S OFFICE; AND THOMAS HODGSON, STEVEN SOUZA, BRUCE ASSAD, JOSEPH OLIVER III, BARRY FERREIRA, PAUL DOUGLAS, JOSHUA DUBE, JOSHUA SYLVIA, DOUGLAS MONGEON, JONATHAN ALLARD, CHRISTOPHER GONCALVES, NELSON CABRAL, MICHAEL GONCALVES, MOISES ISIDORO, TIMOTHY MELO, KENNETH ALMEIDA, WILLIAM DILLINGHAM, MATTHEW BOYER, ANDREW SOUSA, GARRETT CORREIA, MARK AMARAL, RYAN ISHERWOOD, CHARLES GRISWOLD, NOLAN REARDON, JENNIFER PICARD, AND JUDITH BORGES, ALL IN THEIR INDIVIDUAL CAPACITIES, <br><br> Defendants. | Civil No.: 1:22-cv-10652-MPK |

**Proof of Service**

I, Elena Plenefisch, an attorney duly admitted to practice before the District of Massachusetts, affirm the following to be true under penalty of perjury:

On May 16, 2025, in accordance with Federal Rule of Civil Procedure 4, I served copies of the Second Amended Complaint; the Court's May 9, 2025, Order Granting Leave to Amend; and a summons issued as to the following new defendants:

- Jonathan Allard,
- Kenneth Almeida,
- Mark Rodi (Amaral),
- Bruce Assad,
- Judith Borges,
- Matthew Boyer,
- Nelson Cabral,
- Garrett Correia,
- William Dillingham,
- Paul Douglas,
- Joshua Dube,
- Barry Ferreira,
- Christopher Goncalves,
- Michael Goncalves,
- Charles Griswold,
- Moses Isidoro,
- Ryan Isherwood,
- Timothy Melo,
- Douglas Mongeon,
- Joseph Oliver III,
- Jennifer Picard,
- Nolan Reardon,
- Andrew Sousa,
- Joshua Sylvia

by email upon William P. Breen, Jr., at the email address wbreen@eckertseamans.com, counsel for the above-named defendants, who informed Plaintiffs' counsel that he is authorized by his clients to accept service on their behalf and agreed to accept service via email.

              Respectfully submitted,

              */s/ Elena Plenefisch*
              Elena Plenefisch (BBO #713550)
              WHITE & CASE, LLP
              75 State Street, Floor 23
              Boston, MA 02109
              elena.plenefisch@whitecase.com

              *Counsel for the Plaintiffs*

              Dated: May 16, 2025

## CERTIFICATE OF SERVICE

   I hereby certify that on May 16, 2025, a true and accurate copy of the foregoing has been served on all counsel of record via email.

Dated: May 16, 2025

              */s/ Elena Plenefisch*
              Elena Plenefisch