UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARIO PILLCO MOROCHO, ABDOULAYE FALL, DARLIN GUILLERMO, JUAN CARLOS ILLICACHI SHIGLA, DIEGO AMADOR GALINDO, SEGUNDO FABIAN ARMIJOS, DIEGO GUALLÁN TIXI, MIGUEL LUCAS IXCUNA YAX, LLOYD WAFULA, CONROY DESMOND LEWIS, CARLOS MENJIVAR, NUELSON GOMES, FLAVIO ANDRADE PRADO JUNIOR, JANITO DE CARVALHO, JOAO FERNANDES, AIRES DA GRACA, MARCO BATTISTOTTI, AND EDUARDO TEJADA ALARCÓN,<br><br>    Plaintiffs,<br><br>v.<br><br>BRISTOL COUNTY SHERIFF'S OFFICE; and THOMAS HODGSON, STEVEN SOUZA, BRUCE ASSAD, JOSEPH OLIVER III, BARRY FERREIRA, PAUL DOUGLAS, JOSHUA DUBE, JOSHUA SYLVIA, DOUGLAS MONGEON, JONATHAN ALLARD, CHRISTOPHER GONCALVES, NELSON CABRAL, MICHAEL GONCALVES, MOISES ISIDORO, TIMOTHY MELO, KENNETH ALMEIDA, WILLIAM DILLINGHAM, MATTHEW BOYER, ANDREW SOUSA, GARRETT CORREIA, MARK AMARAL, RYAN ISHERWOOD, CHARLES GRISWOLD, NOLAN REARDON, JENNIFER PICARD, and JUDITH BORGES, all in their individual capacities,<br><br>    Defendants. | Civil No.: 1:22-cv-10652-MPK |

**NOTICE OF APPEARANCE**

1

Kindly enter my appearance as counsel for the Defendant, Bruce Assad, with respect to the above-entitled action.

Respectfully submitted,

/s/ *William P. Breen, Jr.*
William P. Breen, Jr. (BBO #558768)
ECKERT SEAMANS CHERIN & MELLOT, LLC
Two International Place, Floor 16
Boston, MA 02110
(617)342-6800
wbreen@eckertseamans.com

Dated: June 4, 2025

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on June 4, 2025.

/s/ *William P. Breen, Jr.*
William P. Breen, Jr.