UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Mario Pillco Morocho, et al.
_____

Plaintiff

v.

Civil Action No. 1:22-cv-10652-MPK
_____

Bristol County Sheriff's Office, et al.
_____

Defendant

**CONSENT TO OR DECLINATION OF THE EXERCISE
OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE**

This case has been assigned to Magistrate Judge **M. Page Kelley** for all purposes. Exercise of jurisdiction by the Magistrate Judge assigned is permitted only if <u>all</u> parties voluntarily consent. You may, without adverse substantive consequences, withhold your consent.

**You must file this document with the Court within 30 days after the date of service on the last party regardless of whether or not you are consenting to the exercise of jurisdiction of the Magistrate Judge.**

**CHECK ONE**

[✓] All parties in this civil action <u>CONSENT</u> to have the assigned Magistrate Judge conduct all proceedings in this civil action, including trial, and to order the entry of final judgment in accordance with 28 U.S.C. § 636(c) and Rule 73(b) of the Federal Rules of Civil Procedure.

**OR**

[ ] At least one party in this civil action <u>DOES NOT CONSENT</u> to have the assigned Magistrate Judge conduct all proceedings, including trial, and to order the entry of final judgment. This case will be randomly assigned to a U.S. District Judge for further proceedings. If you elect to have the case proceed before a U.S. District Judge, the above named Magistrate Judge shall continue to be assigned to this case to hear matters referred by the District Judge, in accordance with 28 U.S.C. § 636(b) and Rule 72 of the Federal Rules of Civil Procedure.

| *Parties' printed names* | *Signature of parties or attorneys* | *Dates* |
|---|---|---|
| Jonathan Allard | /s/ William P. Breen, Jr. | June 5, 2025 |
| Kenneth Almeida | /s/ William P. Breen, Jr. | June 5, 2025 |

(If additional space is needed, additional forms may be attached)

**ADDITIONAL SHEET ATTACHED**

| Parties' Printed Names | Signature of Parties or Attorneys | Dates |
|---|---|---|
| Mark Amaral | /s/ William P. Breen, Jr. | June 5, 2025 |
| Bruce Assad | /s/ William P. Breen, Jr. | June 5, 2025 |
| Judith Borges | /s/ William P. Breen, Jr. | June 5, 2025 |
| Matthew Boyer | /s/ William P. Breen, Jr. | June 5, 2025 |
| Nelson Cabral | /s/ William P. Breen, Jr. | June 5, 2025 |
| Garrett Correia | /s/ William P. Breen, Jr. | June 5, 2025 |
| William Dillingham | /s/ William P. Breen, Jr. | June 5, 2025 |
| Paul Douglas | /s/ William P. Breen, Jr. | June 5, 2025 |
| Joshua Dube | /s/ William P. Breen, Jr. | June 5, 2025 |
| Barry Ferreira | /s/ William P. Breen, Jr. | June 5, 2025 |
| Christopher Goncalves | /s/ William P. Breen, Jr. | June 5, 2025 |
| Michael Goncalves | /s/ William P. Breen, Jr. | June 5, 2025 |
| Charles Griswold | /s/ William P. Breen, Jr. | June 5, 2025 |
| Thomas M. Hodgson | /s/ William P. Breen, Jr. | June 5, 2025 |
| Moises Isdoro | /s/ William P. Breen, Jr. | June 5, 2025 |
| Ryan Isherwood | /s/ William P. Breen, Jr. | June 5, 2025 |
| Timothy Melo | /s/ William P. Breen, Jr. | June 5, 2025 |
| Douglas Mongeon | /s/ William P. Breen, Jr. | June 5, 2025 |
| Officers Doe # 1-26 | /s/ William P. Breen, Jr. | June 5, 2025 |
| Joseph Oliver III | /s/ William P. Breen, Jr. | June 5, 2025 |
| Jennifer Picard | /s/ William P. Breen, Jr. | June 5, 2025 |
| Nolan Reardon | /s/ William P. Breen, Jr. | June 5, 2025 |
| Bristol County Sheriff's Office | /s/ William P. Breen, Jr. | June 5, 2025 |
| Andrew Sousa | /s/ William P. Breen, Jr. | June 5, 2025 |
| Steven J. Souza | /s/ William P. Breen, Jr. | June 5, 2025 |
| Joshua Sylvia | /s/ William P. Breen, Jr. | June 5, 2025 |