# EXHIBIT A

**Plenefisch, Elena**

| | |
|---|---|
| **From:** | Plenefisch, Elena |
| **Sent:** | Friday, May 16, 2025 5:05 PM |
| **To:** | 'wbreen@eckertseamans.com'; Edward Meyers |
| **Cc:** | Pillco Morocho Team |
| **Subject:** | Service of Summons |
| **Attachments:** | Magistrate Judge M. Page Kelley ORDER entered allowing [137] MOTION for Leave to File Second.pdf; AMENDED COMPLAINT  Second Amended Complaint against All Defendants, filed by Segundo Armijos,.pdf; Pillco Morocho et al Summonses.zip |

Dear Bill,

Thank you for agreeing to accept service of summonses and the Second Amended Complaint by email for your clients.  Please see attached a copy of the Second Amended Complaint, the Court's Order granting leave to amend, and a zip file containing summonses for each of the following new defendants:

- Jonathan Allard,
- Kenneth Almeida,
- Mark Rodi (Amaral),
- Bruce Assad,
- Judith Borges
- Matthew Boyer,
- Nelson Cabral,
- Garrett Correia,
- William Dillingham,
- Paul Douglas,
- Joshua Dube,
- Barry Ferreira,
- Christopher Goncalves,
- Michael Goncalves,
- Charles Griswold,
- Moses Isidoro,
- Ryan Isherwood,
- Timothy Melo,
- Douglas Mongeon,
- Joseph Oliver III,
- Jennifer Picard,
- Nolan Reardon,
- Andrew Sousa,
- Joshua Sylvia

Best regards,

**Elena Plenefisch**  |  Associate
**Pronouns:** She/Her/Hers
**T**  +1 617 979 9346     **M**  +1 617 459 7565     **E**  elena.plenefisch@whitecase.com
White & Case LLP  |  75 State Street | Boston, MA 02109-1814

**WHITE & CASE**