UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARIO PILLCO MOROCHO, ABDOULAYE FALL, DARLIN GUILLERMO, JUAN CARLOS ILLICACHI SHIGLA, DIEGO AMADOR GALINDO, SEGUNDO FABIAN ARMIJOS, DIEGO GUALLÁN TIXI, MIGUEL LUCAS IXCUNA YAX, LLOYD WAFULA, CONROY DESMOND LEWIS, CARLOS MENJIVAR, NUELSON GOMES, FLAVIO ANDRADE PRADO JUNIOR, JANITO DE CARVALHO, JOAO FERNANDES, AIRES DA GRACA, MARCO BATTISTOTTI, AND EDUARDO TEJADA ALARCÓN, <br><br> Plaintiffs, <br><br> v. <br><br> BRISTOL COUNTY SHERIFF'S OFFICE; and THOMAS HODGSON, STEVEN SOUZA, BRUCE ASSAD, JOSEPH OLIVER III, BARRY FERREIRA, PAUL DOUGLAS, JOSHUA DUBE, JOSHUA SYLVIA, DOUGLAS MONGEON, JONATHAN ALLARD, CHRISTOPHER GONCALVES, NELSON CABRAL, MICHAEL GONCALVES, MOISES ISIDORO, TIMOTHY MELO, KENNETH ALMEIDA, WILLIAM DILLINGHAM, MATTHEW BOYER, ANDREW SOUSA, GARRETT CORREIA, MARK AMARAL, RYAN ISHERWOOD, CHARLES GRISWOLD, NOLAN REARDON, JENNIFER PICARD, and JUDITH BORGES, all in their individual capacities, <br><br> Defendants. | Civil No.: 1:22-cv-10652-MPK |

**DEFENDANTS' OBJECTION TO PLAINTIFFS MOTION FOR DEFAULT**

1

NOW COME the Defendants and respectfully object to Plaintiffs' motion for default for failure to plead. As grounds in support of this motion, the Defendants state that Plaintiffs did not confer with Defendants' counsel prior to filing their motion. Defendants afforded Plaintiffs the courtesy of accepting service for all of twenty-four (24) new defendants by email, which courtesy was not returned by Plaintiffs in filing the present motion without notice or discussion. Defendants state that they required additional time to respond to the Second Amended Complaint which consists of six hundred and thirty-three (633) paragraphs on ninety five (95) pages. Defendants have this day filed a Motion for More Definite Statement and Motion to Strike scandalous and impertinent parts of the second amended complaint.

As further grounds in opposition, Defendants state that entry of a default would work a substantial injustice to Defendants. As further grounds therefore, Defendants state that no prejudice resulted to the Plaintiffs by reason of the timing of Defendants as Defendants have accommodated Plaintiffs by accepting service by email for twenty-four (24) new Plaintiffs.

Respectfully submitted,

/s/ *William P. Breen, Jr.*
William P. Breen, Jr. (BBO #558768)
ECKERT SEAMANS CHERIN & MELLOT, LLC
Two International Place, Floor 16
Boston, MA 02110
(617)342-6800
wbreen@eckertseamans.com

Dated: June 10, 2025.

**CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on June 10, 2025.

                                                   /s/ *William P. Breen, Jr.*
                                                   William P. Breen, Jr.