UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

<u>MARIO PILLCO MOROCHO, et al.</u>,
    Plaintiffs,

v.

CIVIL ACTION
NO. <u>22-10652-MPK</u>

<u>BRISTOL COUNTY SHERIFF'S OFFICE, et al.</u>,
    Defendants.

**REPORT RE: REFERENCE FOR**
**ALTERNATIVE DISPUTE RESOLUTION**

TO JUDGE **M. PAGE KELLEY**

[ ]    The above entitled case was reported settled after referral to the ADR Program, but prior to ADR.

[ X ]    On <u>08/18/2025</u>, I held the following ADR proceeding:

|   |   |
|---|---|
| _____ SCREENING CONFERENCE | _____ EARLY NEUTRAL EVALUATION |
| __X__ MEDIATION | _____ SUMMARY BENCH / JURY TRIAL |
| _____ MINI-TRIAL | _____ SETTLEMENT CONFERENCE |

All parties were present and represented by counsel.
The case was:

[ X ]    Settled. Your clerk should enter a **60-day** order of dismissal.

[ ]    There was progress made, and the mediation efforts will continue.

[ ]    Further efforts to settle this case at this time are, in my judgment, unlikely to be productive. This case should be restored to your trial list.

[ ]    Suggested strategy to facilitate settlement:
_____.
_____.

<u>   08/19/2025   </u>                  <u>/s/ Judith G. Dein</u>
DATE                                       U.S. Magistrate Judge