UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

<u>Morocho et al</u>
   Plaintiff

V.

<u>Bristol County Sheriff's Office et al</u>
   Defendant

Civil Action No. 22-cv-10652-MPK

<u>SETTLEMENT ORDER OF DISMISSAL</u>

The Court having been advised by the ADR provider that the underlying case has been settled. IT IS ORDERED that the parties are hereby dismissed without costs and without prejudice to the right of any party upon good cause shown within Sixty (60) days to reopen the action if settlement is not consummated.

By the Court,

/s/ <u>Leonardo T. Vieira</u>

Leonardo T. Vieira
Deputy Clerk

8/19/2025
Date